# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00658-GCM

| | |
|---|---|
| **JOSEPH TERRIEN,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **TEXAS ROADHOUSE MANAGEMENT CORP.,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff filed this action on December 3, 2019. On December 19, 2019, the parties filed a Joint Motion to Stay Proceeding Pending Arbitration (ECF Doc. 3). The Court granted that motion on June 10, 2020. There has been no activity in this case since that date. Accordingly,

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report within thirty (30) days of the entry of this order.

**SO ORDERED**.

Signed: August 9, 2021

Graham C. Mullen
United States District Judge